UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | 2:08-CV-01711-PMP-RJJ BASE FILE |
| Plaintiff, | |
| v. | 2:08-CV-01717-PMP-RJJ 2:08-CV-01714-PMP-RJJ 2:08-CV-01715-PMP-RJJ |
| KB HOME et al., | 2:08-CV-01709-PMP-RJJ 2:08-CV-01713-PMP-RJJ |
| Defendants. | 2:08-CV-01716-PMP-RJJ |
| AND ALL RELATED ACTIONS | ORDER |

Having read and considered the Third Joint Status Report (Doc. #406),

IT IS ORDERED that the stay is hereby lifted in <u>JPMorgan Chase Bank, N.A. v. Meritage Homes Corp. and Meritage Homes of Nevada, Inc.</u>, 2:09-CV-01547-PMP-RJJ and in <u>JPMorgan Chase Bank, N.A. v. Meritage Homes Corp. and Meritage Homes of Nevada, Inc.</u>, 2:08-CV-01717-PMP-RJJ.

IT IS FURTHER ORDERED that the parties shall file stipulations to dismiss the other pending actions within twenty (20) days of the Effective Date of the Joint Plan of Reorganization in <u>In re South Edge LCC</u>, BK-10-32968.

DATED: 11-14-2011.

_____
PHILIP M. PRO
United States District Judge